DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KATIE BURROUGHS MEDEARIS (CABN 262539)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3709
    Facsimile: (510) 637-3724
    E-mail: katie.medearis@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ANTHONY GIOVANNI MONTANELLI,<br><br>    Defendant. | No. CR-19-156-JST<br><br>STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF INITIAL APPEARANCE IN DISTRICT COURT; AND (2) FINDINGS OF EXCLUDABLE TIME PERIOD |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorney Katie Burroughs Medearis, and defendant Anthony Giovanna Montanelli ("Defendant"), by and through his counsel of record, Seth Chazin, hereby stipulate as follows:

1. Defendant is out-of-custody and charged by Information with one count of conspiracy to commit mail fraud, in violation of 18 U.S.C. § 1349. The Government alleges the Defendant engaged in a scheme to divert ultrasound parts and systems from his former employer, Kaiser Permanente ("Kaiser"). Defendant was arraigned on the charge in April of 2019. Defendant is presently scheduled to make his initial district court appearance on May 10, 2019.

2. The parties engaged in significant discussions regarding this case prior to filing the Information, which included consulting with the alleged victim. As a result, the parties have reached an anticipated plea agreement. However, Defendant seeks to opportunity to review discovery in this matter prior to moving forward with a change of plea and finalizing the language of the plea agreement. Defense counsel requests at least four weeks to make an initial assessment of the discovery described below and the Government agrees such time for review is reasonable.

3. The parties request a continuance of the scheduled appearance from May 10, 2019 to June 14, 2019 based on the provision of the following discovery:

    a. The Government recently produced approximately 12,000 pages of records.

    b. The Government further intends to produce copies of imaged electronic devices seized during its investigation. The Federal Bureau of Investigation is in the process of imaging these electronic devices onto a large hard drive provided by defense counsel.

    c. Lastly, the victim in this matter, Kaiser, will make available for inspection the allegedly diverted medical equipment.

4. The parties agree that time should be excluded under the Speedy Trial Act between May 10, 2019 and June 14, 2019 to allow reasonable time necessary for the effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

///

IT IS SO STIPULATED.

Dated: May 9, 2019

DAVID L. ANDERSON
United States Attorney

_/s/_
KATIE BURROUGHS MEDEARIS
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

/s/ *via email authorization*        May 8, 2019
SETH CHAZIN                          Date
Attorney for Defendant
ANTHONY MONTANELLI

3

**[PROPOSED] ORDER**

The Court has read and considered the Stipulation Regarding Request for (1) New Hearing Date and (2) Findings of Excludable Time, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a new date for a status conference and initial appearance before the Court and good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

THEREFORE, FOR GOOD CAUSE SHOWN:

The status conference in this matter set at 9:30 a.m. on May 10, 2019 is continued to 9:30 a.m. on June 14, 2019. Further, the time period of May 10, 2019 to June 14, 2019, inclusive, is excluded in computing time under the Speedy Trial Act to allow defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATE: May 9, 2019

_____
HONORABLE JON S. TIGAR
United States District Court Judge